The document below is hereby signed.

Signed: December 29, 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
            UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA
```

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| BRIAN KEITH DUBOIS, | ) | Case No. 15-00141 |
| | ) | (Chapter 7) |
|        Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

### MEMORANDUM DECISION AND ORDER RE TRUSTEE'S FINAL REPORT

This addresses the trustee's Final Report.  No one has filed a timely objection to approval of the Final Report, but it contains an error, requiring a revision set forth herein.

The Final Report lists $3,616.74 as available to pay to allowed timely filed general unsecured claims (that is, unsecured claims not entitled to priority).  It proposes that the Internal Revenue Service's claims of that nature, totaling $30,874.99, receive a pro rata distribution with other claims of that nature.  However, that $30,874.99 includes penalty claims (which are not compensation for actual pecuniary loss) totaling $6,644.01.  Under 11 U.S.C. § 726(a)(4), the $6,644.01 of penalty claims are

not entitled to be paid pro rata with non-penalty general unsecured claims. Only $28,225.92 of the IRS's general unsecured claims are non-penalty claims. It is

ORDERED that the trustee's final report is approved with the following revisions to reflect the proper distribution of the last $3,616.74 to be distributed on general unsecured claims of a non-penalty nature:

| Claim No. | Claimant (or agent) | Allowed Amount | Amount to be Paid |
|---|---|---|---|
| 2 | American InfoSource LP | $ 713.73 | $ 91.45 |
| 3 | American InfoSource LP | $ 235.77 | $ 30.21 |
| 4 | American InfoSource LP | $ 317.15 | $ 40.64 |
| 5 | LVNV Funding, LLC | $ 2,692.29 | $ 344.98 |
| 1[1] | Internal Revenue Service | $28,225.92 | $3,109.46 |
| | TOTAL | | $3,616.74 |

It is further

ORDERED that the following applications for compensation and other requests for payment of administrative expenses are approved for the amounts indicated:

Bryan S. Ross statutory trustee's commission: $5,250.00

Trustee's expenses: $52.40

It is further

ORDERED that the the trustee is directed to make final distribution of the funds on hand in accordance with the Final Report, as revised by this Order.

[Signed and dated above.]

---

[1] The $28,225.92 amount is the portion of Claim No. 1 that is for non-penalty general unsecured claims.

2

Copies to: Recipients of e-notification;

Internal Revenue Service
Centrailized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

American InfoSource LP as agent for
  Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

American InfoSource LP as agent for
  Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

LVNV Funding, LLC its successors
  and assigns as assignee of
  Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587