The document below is hereby signed.

Signed: April 10, 2017



S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BRIAN KEITH DUBOIS, | ) | Case No. 15-00141 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

<u>MEMORANDUM DECISION AND ORDER RE TRUSTEE'S AMENDED FINAL REPORT</u>

This addresses the trustee's Amended Final Report.  No one
has filed a timely objection to approval of the Final Report, but
it contains an error, requiring a revision set forth herein.

The Final Report lists $7,446.24 as available to pay to
allowed timely filed general unsecured claims (that is, unsecured
claims not entitled to priority).  The Internal Revenue Service's
claims of that nature, totaling $30,874.99, include $6,608.01 of
penalty claims (which are not compensation for actual pecuniary
loss).  Only $24,266.98 of the IRS general unsecured claims are

non-penalty claims.[1]  It is

ORDERED that the trustee's Amended Final Report is approved
with the following revisions to reflect the proper distribution
of the last $7,446.24 to be distributed (the amount left to
distribute on general unsecured claims of a non-penalty nature):

| Claim No. | Claimant (or agent) | Allowed Amount | Amount to be Paid |
|---|---|---|---|
| 1 | Internal Revenue Service | $24,266.98 | $6,401.84 |
| 2 | American InfoSource LP[2] | $   713.73 | $   188.29 |
| 3 | American InfoSource LP[3] | $   235.77 | $    62.20 |
| 4 | American InfoSource LP[4] | $   317.15 | $    83.66 |
| 5 | LVNV Funding, LLC | $ 2,692.29 | $   710.25 |
|  | TOTALS | $28,225.92 | $7,446.24 |

It is further

ORDERED that the following applications for compensation and
other requests for payment of administrative expenses are
approved for the amounts indicated:

Bryan S. Ross statutory trustee's commission: $5,250.00

Trustee's expenses: $52.40

It is further

_____

[1]  In a prior Memorandum Decision and Order of December 29,
2016, addressing the trustee's initial Final Report, the court
miscalculated the IRS non-penalty claims as being $28,225.92.
The trustee's Amended Final Report used that erroneous amount
instead of the correct amount of $24,266.98.

[2]  As agent for Verizon.

[3]  AS Agent for Verizon.

[4]  As agent for T Mobile/T-Mobile USA Inc.

2

ORDERED that the the trustee is directed to make final
distribution of the funds on hand in accordance with the Amended
Final Report, as revised by this Order.

[Signed and dated above.]

Copies to: Recipients of e-notification;

Internal Revenue Service
Centrailized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114-0326

American InfoSource LP as agent for
  Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

American InfoSource LP as agent for
  T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

LVNV Funding, LLC its successors
  and assigns as assignee of
  Arrow Financial Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587